IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2016 APR 27 AM 10: 03
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | |
| v. | : | JUDGE |
| SHANE M. MAUGER, | : | |
| Defendant. | : | INFORMATION |

2:16 cr 091

Judge Marbley

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. § 241: Conspiracy to Deprive Persons of Civil Rights)

1. From in or around November 2006, through on or about February 18, 2016, in the Southern District of Ohio, the defendant, **SHANE M. MAUGER**, knowingly and willfully conspired with others, both known and unknown to the United States, to injure and oppress third parties in the free exercise and enjoyment of rights secured to them by the Constitution of the United States—namely, the right to be free from unreasonable searches and seizures by those acting under color of law, a right secured by the Fourth and Fourteenth Amendments to the Constitution of the United States; and the right not to be deprived of property, by those acting under color of law, without due process of law, a right secured by the Fourteenth Amendment to the Constitution of the United States—in violation of 18 U.S.C. § 241.

<u>COUNT TWO</u>
(18 U.S.C. § 666(a)(1)(A): Federal Program Theft)

2. From in or around November 2006, through on or about February 18, 2016, the defendant, **SHANE M. MAUGER**, was an agent of an agency of a local government in the Southern District of Ohio—namely, the Reynoldsburg Division of Police.

1

3. The Reynoldsburg Division of Police and the City of Reynoldsburg each received benefits, including grants, contracts, subsidiaries, loans, guarantees, insurance, and other forms of Federal assistance, in excess of $10,000 in the one-year period beginning January 1, 2015.

4. From in or around November 2006, through on or about February 18, 2016, in the Southern District of Ohio, the defendant, **SHANE M. MAUGER**, stole, obtained by fraud, and without authority knowingly converted to the use of a person not the rightful owner property worth at least $5,000 and under the care, custody, and control of the Reynoldsburg Division of Police—namely, money and property seized pursuant to search warrants.

All in violation of 18 U.S.C. § 666(a)(1)(A).

BENJAMIN C. GLASSMAN
Acting United States Attorney

_/s/ Peter Glenn-Applegate_
PETER K. GLENN-APPLEGATE
Assistant United States Attorney