IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

VS. : CASE NO.
 JUDGE 2:16 cr 091
SHANE M. MAUGER

(Judge Marbley)

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
18 U.S.C. § 241 AND 18 U.S.C. § 666(a)(1)(A)

COUNT 1
1. ELEMENTS: 18 U.S.C. § 241

First: That the defendant knowingly agreed with another person to injure or oppress one or more third parties in the exercise of a right guaranteed by the Constitution of the United States;

Second: That the defendant specifically intended to interfere with the federal right in question; and

Third: That the agreement or at least one act of the conspiracy took place in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 10 years' imprisonment, a fine of $250,000, 3 years supervised release, and $100 special assessment.

COUNT 2
3. ELEMENTS: 18 U.S.C. § 666(a)(1)(A)

First: That, at the times alleged in the Information, the defendant was an agent of an agency of a local government —namely, the Reynoldsburg Division of Police;

Second: That, in a one-year period, the Reynoldsburg Division of Police and the City of Reynoldsburg each received federal benefits in excess of $10,000;

| | |
|---|---|
| Third: | That the defendant stole property, obtained property by fraud, or without authority knowingly converted property to the use of a person other than its rightful owner; |
| Fourth: | That the property stolen, obtained by fraud, or knowingly converted was in the care, custody, or control of the Reynoldsburg Division of Police; |
| Fifth: | That the value of the property stolen, obtained by fraud, or knowingly converted was at least $5,000; and |
| Sixth: | That an essential element of the offense occurred in the Southern District of Ohio. |

### 4. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 10 years' imprisonment, a fine of $250,000, 3 years supervised release, and $100 special assessment.

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

*/s/ Peter Glenn-Applegate*
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney
Attorney for Defendant
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-2769
E-mail: Peter.Glenn-Applegate@usdoj.gov