UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-                                    Case No. 2:16-cr-91

Shane M. Mauger

---

## COURTROOM MINUTES

| Judge: | Elizabeth A. Preston Deavers | Date and Time: | May 4, 2016 at 11:30 AM |
|---|---|---|---|
| Deputy Clerk: | Sherry Nichols | Counsel for Govt: | Peter Glenn Applegate<br>Jessica Knight |
| Court Reporter: | Gina Wells | Counsel for Deft(s). | Mark Collins |
| Interpreter: | | Pretrial/Probation: | |
| | | | |

Arraignment on Information & Bond Hearing

-Dft consents to pleading before a U.S. Magistrate Judge
-Dft sworn in
-Court finds dft is competent to enter a plea
-Dft signs waiver of indictment
-Dft pleads guilty
-Statement of facts read
-PSI Ordered
-R&R to be issued
-Dft on O/R bond