## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | | |
| | : | Case No. 2:16-cr-91 |
| Plaintiff, | | |
| v. | : | Judge Algenon L. Marbley |
| | | |
| SHANE M. MAUGER, | : | Magistrate Judge Elizabeth P. Deavers |
| | | |
| Defendant. | : | |

## CONSENT TO PROCEED WITH CONDITIONAL GUILTY PLEA
### BEFORE A UNITED STATES MAGISTRATE JUDGE

The defendant has been informed of the right to enter a guilty plea before a United States

District Judge.  By signing below, the defendant waives that right and agrees to proceed with

a conditional guilty plea before a United States Magistrate Judge, followed by a Report and

Recommendation to the District Judge.

X _____
Defendant

_____
Trial Attorney